IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JACOB CHAVEZ-GARNETT,

    Petitioner,

v.                                No. 25-cv-0072-KWR-KBM

ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO, *et al,*

    Respondents.

## ORDER TO ANSWER

    This matter is before the Court on Petitioner Jacob Chavez-Garnett's 28 U.S.C. § 2254 Habeas Corpus Petition (Doc. 1, supplemented by one additional claim in Doc. 5) (together, the "Petition"). Petitioner challenges his state convictions based on, inter alia, ineffective assistance by counsel and due process violations. Having reviewed the Petition pursuant to Habeas Corpus Rule 4, the Court must resolve the claims on a full record.

    **IT IS ORDERED** that the Clerk shall mail copies of this Order and the Petition, as supplemented (Docs. 1 and 5), to Respondent Attorney General of the State of New Mexico (AG) at the following address:

    Attn: Federal Habeas Attorney(s)
    New Mexico Department of Justice (formerly known as the Attorney General's Office)
    Criminal Appeals Division
    201 Third St. NW, Suite 300, Albuquerque, NM 87102

    **IT IS FURTHER ORDERED** that the AG must answer the Petition (Docs. 1 and 5) within **45 days** of entry of this Order. The answer must address the merits of each claim. If the Petition is mixed, such that it contains both exhausted and unexhausted claims, the AG shall take a position on how to proceed (*i.e.,* stay the proceeding, dismiss the unexhausted claims, overlook the defect

and deny the claim(s) on the merits, etc.).  The AG must attach to its answer copies of all pertinent filings from the state trial court, the state court of appeals, and the state supreme court; including memoranda filed by <u>both</u> parties.  The AG must also attach to the answer copies of all state post-conviction or appellate proceedings and any transcripts that are needed to resolve the claims.  <u>Any transcripts must be written; the Court will not accept audio recordings in lieu of a written transcript.</u>

**IT IS FINALLY ORDERED** that if Petitioner wishes to file an optional reply, he must do so within **30 days** after the AG's response is filed.

_____
UNITED STATES MAGISTRATE JUDGE